JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AG,<br><br>Plaintiffs,<br><br>v.<br><br>DIMITRY KAMAR and DIMITRY KAMAR, INC., d/b/a CULVER AUTOMOTIVE,<br><br>Defendants. | Case No. 2:13-cv-00202-ODW-(MANx)<br><br>**STIPULATED CONSENT FINAL JUDGMENT** |

Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively "BMW"), having filed a Complaint on January 10, 2013 against Defendants Dimitry Kamar and Dimitry Kamar, Inc., d/b/a Culver Automotive (hereinafter "Defendants"), claiming trademark infringement under 15 U.S.C. § 1114(1), unfair competition and false designation of origin under 15 U.S.C. § 1125(a), unfair competition under California Business & Professional Code § 17200 *et seq.*, trademark infringement and unfair competition under California common law, and breach of contract under California common law;

Plaintiffs, having alleged that they have, in connection with their business of, *inter alia*, designing, manufacturing, distributing, servicing, and selling automobiles and providing parts and accessories for automobiles, extensively used and advertised said products and services under their Roundel logo, and that Plaintiffs are the exclusive owners of valid and subsisting federal trademark registrations, including incontestable trademark registrations, for Plaintiffs' Roundel logo, and that the Roundel logo is a famous and distinctive mark among purchasers of motor vehicles as well as among members of the general public, and Defendants having acknowledged same;

Defendants, having displayed Plaintiffs' Roundel logo on their business signage, business cards, and photographs of their business signage posted on internet websites;

Defendants, to avoid the expense and distraction of protracted litigation, and wishing to settle their dispute with Plaintiffs amicably;

Defendants, acknowledging the jurisdiction of this Court over them and the subject matter hereof; having waived the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure; and having waived any objections with regard to the right to appeal this Consent Judgment;

It further appearing that this Court has jurisdiction over the subject matter hereof;

I.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants, their subsidiaries, affiliates, directors, officers, agents, servants, employees, representatives, successors, assigns, attorneys-in-fact, and all those persons in active concert or participation with them who receive actual notice of this Consent Judgment by personal service or otherwise, and each of them, agree to be and hereby are:

(a) ordered to remove Plaintiffs' Roundel logo, or any colorable imitation thereof, from Defendants' business signage, advertising and promotional materials, stationery and business cards, website at www.culverautomotive.com, Facebook page, and other websites and any other internet presence that Defendants are aware that their business is advertised on with the Roundel logo, including but not limited to photographs on internet websites of Defendants' business signage that depict Plaintiffs' Roundel logo shown below;



(b) destroy all signs, flags, banners, labels, prints, packages, bottles, receptacles, containers, business cards, stationery, advertisements and other promotional materials in Defendants' possession or control bearing the Roundel logo shown above or trademark use of any other BMW mark;

(c) enjoined and restrained from using Plaintiffs' Roundel logo shown above, or making any trademark use of any other BMW mark, including but not limited to use on business signs, banners, flags, buildings, marketing and promotional materials, stationery and business cards, telephone directory and other print or internet advertisements, marketing materials, and internet websites;

(d) enjoined and restrained from indicating or suggesting in any manner that Defendants' goods or services are or were somehow sponsored, or approved by or affiliated with the Plaintiffs;

(e) enjoined and restrained from passing off, promoting or selling any product or service as a product or service authorized by or under the supervision or control of Plaintiffs when such, in fact, is not the case;

(f) enjoined and restrained from indicating in any matter that Plaintiffs' trademarks, logos or trade dress belong to or are owned by Defendants; and

(g) doing any other act or thing likely to confuse, mislead, or deceive others into believing that Defendants, or their products or services, emanate from, or are connected with, sponsored by or approved by Plaintiffs.

II.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter and over the parties thereto for the purpose of enforcing the terms of this

Consent Judgment. The parties acknowledge that a material breach of this Consent Judgment would result in immediate and irreparable injury to BMW, and that it would be difficult or impossible to establish the full monetary value of such damage.

### III.

IT IS FURTHER ORDERED that, if Defendants violate this Consent Judgment, after the emailing of notice of a violation and five days' opportunity to cure, Defendants shall be liable for payment on demand to BMW, and shall not contest assessment and/or judgment, of liquidated damages of $5,000 for each mark for each instance per month of violation, plus reimbursement of BMW's reasonable attorneys' fees. It is understood and agreed that said amount is fixed as liquidated damages because of the difficulty of ascertaining the exact amount of damages that may be sustained because of such use. It is further understood and agreed that said amount fixed as liquidated damages is a reasonable amount, considering the damages that BMW will sustain in the event of such violation. Such liquidated damages and attorneys' fees shall not be exclusive of any other monetary or other remedies to which the Court may find BMW entitled in the event of such violation.

### IV.

IT IS FURTHER ORDERED that Defendants shall provide a copy of this Consent Judgment to each of their subsidiaries, affiliates, owners, officers, directors, partners, employees, agents, servants, representatives, successors, and assigns.

### V.

IT IS FURTHER ORDERED that, in accordance with § 34 of the Federal Trademark Act, 15 U.S.C. § 1116, the Clerk of the Court shall notify the Commissioner of Patents and Trademarks of the entry of this Consent Judgment who shall enter it upon the records of the United States Patent and Trademark Office.

VI.

IT IS FURTHER ORDERED that, there being no just reason for delay, the Clerk of this Court is hereby directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to enter this Consent Judgment forthwith.

The parties, through their undersigned counsel, hereby consent to the entry of the foregoing Consent Judgment and waive any and all rights of appeal. BMW recover such other relief as the Court may deem appropriate.

By: _____/s/_____  Date: 4-3-13
Dimitry Kamar

By: _____/s/_____  Date: 4-3-13
Dimitry Kamar, Inc.

DATE: April 4, 2013    SO ORDERED: _____/s/_____
Hon. Otis D. Wright II
United States District Judge